AUSA: Timothy E. Garcia Telephone: (313) 226-9522

AO 91 (Rev. 11/11) Criminal Complaint Agent: Michael Everson Telephone: (313) 926-4700

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Inocente LEIVA-Galicia

Case: 2:26−mj−30568
Assigned To : Unassigned
Assign. Date : 9/16/2026
Description: CMP USA v Leiva−Galicia (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 12, 2026 in the county of Oakland in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 8, United States Code, Section 1326(a) | Unlawful Re-entry after Removal from the United States |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Michael Everson, BPA
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

*Judge's signature*

Date: September 16, 2026

City and state: Detroit, MI

.Hon. Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**

I, Michael Everson, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since December 2011. Currently, I am assigned to the Detroit Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official Immigration file and system automated data relating to Inocente LEIVA-Galicia, which reveals the following:

2. LEIVA-Galicia is a 38-year-old male, native and citizen of Guatemala, who last entered the United States at or near an unknown place, without being admitted, inspected, or paroled by an Immigration Officer.

3. On or about September 26, 2012, LEIVA-Galicia was arrested by Border Patrol Agents near Eagle Pass, Texas. He was processed for Expedited Removal.

4. On or about September 28, 2012, LEIVA-Galicia was convicted of a violation of 8 USC § 1325(a), Illegal Entry, in the U.S. District Court for the Western District of Texas. He was sentenced to 10 days confinement.

5. On or about October 24, 2012, LEIVA-Galicia was removed back to Guatemala through San Antonio, Texas.

6. On September 12, 2026, Detroit Border Patrol Agents encountered LEIVA-Galicia following a request by Auburn Hills Police Department to assist them to help identify a subject that they had in custody for a traffic violation of driving without a license. Preliminary record checks showed that LEIVA-Galicia was previously removed from the United States in 2012. At the Auburn Hill Police Station, agents questioned LEIVA-Galicia about his immigration status. He stated that he was a citizen of Guatemala and that he did not have any official immigration documentation that would allow him to legally be in the United States. LEIVA-Galicia was transported to the Detroit Border Patrol Station for processing. His prior order of removal was reinstated.

7. Inocente LEIVA-Galicia's fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated

Automated Fingerprint Identification System (IAFIS). The results revealed that LEIVA-Galicia is a citizen of Guatemala with the foregoing immigration history who has been previously removed from the United States. The record checks did not provide any evidence that LEIVA-Galicia legally entered the United States or had been issued any document or status that would allow him to enter or remain the United States.

8. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

9. Review of the Alien File (A# xxx xxx 068) for Inocente LEIVA-Galicia and queries in Department of Homeland Security databases confirm no record exists of LEIVA-Galicia obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal on October 24, 2012.

10. Based on the above information, I believe there is probable cause to conclude that Inocente LEIVA-Galicia, is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a).

Michael Everson, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my presence and/or by reliable electronic means.

Honorable Anthony P. Patti
United States Magistrate Judge

September 16, 2026